**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-00310-MSK

In re: JEROME ERVIN VANDRE and DEBRA JEAN VANDRE,

     Debtors,

v.

TC EQUITY INVESTMENTS, LLC d/b/a J.V MECHANICAL,
     Plaintiff/Appellant,

v.

JEROME ERVIN VANDRE, and
DEBRA JEAN VANDRE,

     Defendants/Appellees.

---

**FINAL JUDGMENT**

---

     In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

     Pursuant to the Opinion and Order on Appeal by Chief Judge Marcia S. Krieger (**Doc. #21**), filed on March 16, 2016, it is

     **ORDERED** that the March 5, 2015 Order of the United States Bankruptcy Court is **REVERSED and VACATED.**

     Judgment is entered in favor of Plaintiff and against Defendant.

     The case is closed.

     Dated at Denver, Colorado this 17th  Day of March, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Patricia Glover
_____

Patricia Glover
Deputy Clerk